AO 455(Rev. 5/85) Waiver of Indictment



UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | WAIVER OF INDICTMENT |
|---|---|
| v. | |
| JULIO PEREZ-RODRIGUEZ | CASE NUMBER: 08CR1400 IEG |

I, JULIO PEREZ-RODRIGUEZ, the above named defendant, who is accused of committing the following offense:

Title 8, U.S.C., Sec. 1325 - Illegal Entry (Misdemeanor); Title 8, U.S.C., Sec. 1325 - Illegal Entry (Felony),

being advised of the nature of the charge(s), the proposed information, and of my rights, hereby waive in open court on 5/1/08 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

X Julio Perez R
Defendant

Counsel for Defendant

Before _____
JUDICIAL OFFICER

Translated into Spanish by me on this day
4/25/08
FRANCIS YOUNG